# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JAMES CLAYTON MAY, ADC # 137749                                        PLAINTIFF

v.                             5:15CV00348-KGB-JJV

KEVIN DEMON RIDGELL, Sergeant,
Delta Regional Unit                                                                DEFENDANT

## ORDER

Having reviewed Plaintiff's Complaint (Doc. No. 2) for screening purposes,[1] the Court concludes that service is appropriate for Defendant Kevin Ridgell.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summons for this Defendant, and the United States Marshal shall serve a copy of the Summons, Complaint (Doc. No. 2), and this Order on him without prepayment of fees and costs or security therefore. Service for this defendant should be through Arkansas Department of Correction Compliance Division, P.O. Box 20550, Pine Bluff, AR 71612.

DATED this 2nd day of November, 2015.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. Sect. 1915A(a).