IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES CLAYTON MAY,
ADC # 137749                                                                                            PLAINTIFF

v.                                        5:15-cv-00348-KGB-JVV

KEVIN DEMON RIDGELL, Sergeant,
Delta Regional Unit                                                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 28th day of April, 2016.

_____
Kristine G. Baker
United States District Judge